✕AO 98A  (9/01) Includes violations of Conditions of Release as well as non-appearance as grounds for forfeiture.

# United States District Court    FILED

**EASTERN** District of ____CALIFORNIA____

2005 DEC 12 P 3: 37

UNITED STATES OF AMERICA

V.

FRK, US DIST. COURT

**APPEARANCE AND COMPLIANCE BOND**

Michael Vernon Carter
_____
Defendant

Case Number: 1:05CR 00423

Non-surety: I, the undersigned defendant acknowledge that I and my . . .
Surety: We, the undersigned, jointly and severally acknowledge that we and our . . .
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ __8,000.__ , and there has been deposited in the Registry of the Court the sum of
$ __)__ in cash or __N/A__ (describe other security.)

The conditions of this bond are that the defendant, __Michael Vernon Carter__
(Name)

is to (1) appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred; (2) comply with all conditions of release imposed by the court, and (3) abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment, may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on _____ at ~~Fresno~~, California  SACRAMENTO
                         Date                                    U.S. District Court, ED of CA
                                                                 Place

Defendant _____  Address _____
(Surety) _Thomas Quarles_____  Address _____
(Surety) _Raymona Williams-Carter_ Address _____
         _Thomas Quarles_
         _Ramona Carter_
Signed and acknowledged before me on _____
                                      Date

See 2nd PAGE
Judicial Officer/Clerk

Approved: _____  cc: AUSA, PTS, Fed Defender

## JUSTIFICATION OF SURETIES

I, the undersigned surety, say that I reside at ___N/A___

_____ ; and that my net worth is the sum of

___Eight Thousand___ dollars ($ _8,000_ ).

I further state that ___Personal Property___

___Thomas D. Quarles___ (Surety)    ___Raymona Williams-Carter___
Thomas Quarles (Surety)             Ramona Carter (Surety)

Sworn to before me and subscribed in my presence on ___12-9-05___
                                                        Date

at ___U.S. District Court, 1130 O Street, Sacramento, Fresno, California___
                                                   Place

___CONNIE FARNSWORTH___
Deputy Clerk
Name and Title                                  Signature of Judicial Officer/Clerk

---

I, the undersigned surety, state that I reside at _____

_____ ; and that my net worth is the sum of

_____ dollars ($ _____ ).

I further state that

_____
Surety

Sworn to before me and subscribed in my presence on _____
                                                        Date

at ___U.S. District Court, 1130 O Street, Fresno, California___
                                                   Place

___Deputy Clerk___
Name and Title                                  Signature of Judicial Officer/Clerk

Justification Approved: ___[signature]___
                          Judicial Officer