

FILED

AUG 21 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>           )<br>     Plaintiffs,     )<br>           )<br>  vs.      )<br>           )<br>MICHAEL VERNON CARTER,    )<br>           )<br>     Defendant.    )<br>_____) | No. CR-05-423-AWI<br><br>ORDER OF RELEASE |

   The above named defendant having been sentenced to Time Served,

   IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.


DATED:  8-21-06

_____
ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1